## File Hashes for IP Address 68.33.19.245

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/05/2013 00:17:06 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |
| 05/05/2013 00:05:59 | CA28C0287F7AAED4BFAD9DF43EDE78AF23FA3224 | Fashion Models |
| 03/17/2013 23:16:11 | 6D54A5FC0E76C6637919D7433ACFAE2F9B0F834A | Late for Work |
| 03/14/2013 18:37:32 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 03/01/2013 19:37:41 | 6A95B76DE0780E8FF2DC3C5DAFA52640C195CFE3 | Apartment in Madrid |
| 02/23/2013 01:18:54 | 24AC57A3D0FE1F9A4F764BF24D3C76B14813999B | Black and White |
| 02/17/2013 03:21:58 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 01/26/2013 01:47:01 | FD4CB0B45FEFA4C558867E178BEEA946C6CF83A0 | Want You |
| 12/10/2012 02:56:18 | 41EC762EA3071C2E54E80F7FA4B4B4412E50E1BD | Then They Were Three |
| 12/04/2012 19:52:46 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 12/04/2012 19:37:16 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 11/12/2012 05:11:07 | D417E2BF6D304974B99211AEF43B334C161925B8 | Vacation Fantasy |
| 11/02/2012 16:13:29 | 3C80887ED171F1D026BCA9014151A9A831BDC7A7 | Happy Couple |
| 10/23/2012 17:35:22 | FA9CF5B8692855FD5A7C12A7196BAA432057165C | A Day to Remember |
| 10/19/2012 03:09:48 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/19/2012 03:06:03 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 09/15/2012 13:34:46 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 09/09/2012 18:34:10 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 09/09/2012 18:33:33 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 09/09/2012 18:31:05 | 8D7C7BEBAE1F76B01C650FE495C3517EC0A468D7 | Sneak N Peek |
| 09/06/2012 12:30:49 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |
| 09/06/2012 12:30:22 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 07/30/2012 22:27:15 | 22174B1F979594A885CB59963A97AFFCB0695B5E | Transcendence |

EXHIBIT A

DC52

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/30/2012 22:10:16 | 8E83A291FF3E20DD8C4F42092B6E0E4BAD5746AE | Come To My Window |
| 07/26/2012 00:06:08 | A481CB0DEF27BA365665F363EE83A7F12A3000B1 | Morning Tryst |
| 07/18/2012 17:27:21 | 2F9072DFA4B3679949D33C3FFCE209A702155F10 | Pure Grace |
| 07/14/2012 20:34:33 | 06D66A3DADC55837643A6A636C384DCE7CB8AB28 | Positively In Love |
| 07/02/2012 23:47:08 | 2603FA843D7DA698E0D38DD27525A472CFC61685 | Yoga in the Sky |
| 06/23/2012 15:22:17 | C53580B76EAEADD6F45A91DED72785EF2F2F2880 | Foot Fetish |
| 06/11/2012 00:05:21 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 05/24/2012 20:52:00 | 70E21E42A148CAD7B44576B061D606705293EC11 | LA Love |
| 05/22/2012 01:28:41 | 5171494B0C9B7B6EB5F7B847A8EF732F54AD0CB0 | Slow Motion |
| 05/22/2012 01:28:27 | 371D446F20A52E3E80699EDC096DD57ABFE84BAC | Romantic Memories |
| 05/19/2012 16:13:52 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand |
| 05/16/2012 21:24:32 | A84109FC86C20C3D42C2B9D30BFD2F3268D751C8 | Breakfast in Bed |
| 04/16/2012 04:00:25 | 601803668238622B671ECC3EEBA7F76E3BC3BF2B | Wild at Heart |
| 04/16/2012 03:59:36 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition |
| 04/16/2012 03:56:06 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |
| 03/04/2012 23:16:33 | 8D15564C6397C7E568EC18EDFD8F1CB93D9F8680 | Like The First Time |
| 02/11/2012 07:14:05 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home |
| 01/16/2012 00:47:23 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 41**

EXHIBIT A