**Expanded Surveillance of IP Address 68.33.19.245**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Hit Date  UTC | Filename |
|---|---|
| 05/05/2013 | x-art_sandra_simply_beautiful_540.wmv |
| 05/05/2013 | ReclaiMe File Recovery Ultimate 1717 + Crack |
| 05/05/2013 | The Twilight Saga Breaking Dawn Part 2 2012 DVDRip XviD-REACTOR |
| 05/05/2013 | X-Art - Fashion Models - Bunny, Scarlet [720p].wmv |
| 04/20/2013 | 100 Greatest Standups DVD.iso.cdr |
| 04/20/2013 | The Walking Dead S03E16 HDTV x264-EVOLVE[ettv] |
| 04/20/2013 | The Walking Dead S03E15 HDTV x264-ASAP[ettv] |
| 03/25/2013 | look_of_love_big.mp4 |
| 03/25/2013 | something_sexy_big.mp4 |
| 03/25/2013 | The Walking Dead S03E14 HDTV x264-ASAP[ettv] |
| 03/25/2013 | in_the_mood_big-480.mp4 |
| 03/18/2013 | Life.of.Pi.2012.DVDSCR |
| 03/18/2013 | [X-Art] Kiera (Late For Work).mp4 |
| 03/15/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 03/04/2013 | The Walking Dead S03E12 HDTV x264-EVOLVE[ettv] |
| 03/01/2013 | The Walking Dead S03E11 HDTV x264-2HD[ettv] |
| 02/23/2013 | X-Art - Black And White - Lia [1080p].mp4 |
| 02/23/2013 | Nellie Melba - 16 arias and songs 1904-1923 |
| 02/23/2013 | The Walking Dead S03E10 HDTV x264-2HD[ettv] |
| 02/23/2013 | x-art_kaylee_apartment_in_madrid_540.mp4 |
| 02/23/2013 | Mad Men - The Complete Season 5 [HDTV] + EXTRA |
| 02/23/2013 | JoyMii.13.02.22.Avril.H.And.Logan.P.Quick.Affair.XXX.720p.MOV-SEXORS[rarbg] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/17/2013 | JoyMii.13.02.02.Aubrey.J.Hot.Evening.XXX.720p.MOV-SEXORS[rarbg] |
| 02/13/2013 | Delingsfiler |
| 02/13/2013 | x-art_connie_sacred_romance_540.wmv |
| 01/26/2013 | x-art_baby_want_you_720.wmv |
| 01/09/2013 | JOYMII TRIPLE PLEASURE 1ST JAN 2013 VIDEO AND HQ PICS[SILVERDUST] |
| 01/05/2013 | Joymii.13.01.01.Evi.F.And.Presley.H.Triple.Pleasure.XXX.720p.MOV-KTR[rbg] |
| 12/11/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR[rbg] |
| 12/10/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/10/2012 | The Walking Dead S03E07 HDTV x264-2HD[ettv] |
| 12/10/2012 | Susie.Baby.And.then.they.were.three.X.Art.2012_iyutero.com.wmv |
| 12/10/2012 | The Walking Dead S03E08 HDTV x264-2HD[ettv] |
| 11/20/2012 | 11.03.20.Miela_JoyMii_ImgZilla.mp4 |
| 11/20/2012 | X-Art - Vacation Fantasy - Susie [720p].mov |
| 11/20/2012 | The.Walking.Dead.S03E05.720p.HDTV.x264-EVOLVE.mkv |
| 11/20/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/13/2012 | Contagion.2011.720p.BRRip.XviD.AC3-ViSiON |
| 11/12/2012 | Wet_Dreams_1280x720.mov |
| 11/10/2012 | The Walking Dead S03E04 Season 3 Episode 4 HDTV x264 [GlowGaze] |
| 11/02/2012 | The Walking Dead S03E03 Season 3 Episode 3 HDTV x264 [GlowGaze] |
| 11/02/2012 | X-Art - Ibiza Love - Gianna [720p].mp4 |
| 11/02/2012 | x-art_kristen_happy_couple_540.wmv |
| 11/02/2012 | The Walking Dead S03E02 HDTV x264 + Subtitles [GlowGaze] |
| 11/02/2012 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 10/23/2012 | Baby.Logan.A.Day.To.Remember.XArt.10.21.12.FullHD_iyutero.com.mov |
| 10/19/2012 | X-Art - Three for the Show - Leila [720p].mov |
| 10/19/2012 | The.Walking.Dead.S03E01.720p.HDTV.x264-EVOLVE [PublicHD] |

EXHIBIT C

DC52

| Hit Date UTC | Filename |
|---|---|
| 10/19/2012 | X-Art - In Bed - Kristen [1080p].mov |
| 09/29/2012 | UFC.152.PPV.ESPN.HDTV.XviD-SS |
| 09/24/2012 | X-Art - Morning Memories - Cindy [720p].wmv |
| 09/17/2012 | X-Art.com_12.09.11.Grace.Amazing.Grace.XXX.IMAGESET-FuGLi[rbg] |
| 09/17/2012 | Wild Hogs (2007) 20th PROPER TELESYNC KvCD Hockney(TUS Release) |
| 09/17/2012 | X-Art.12.09.13.Grace.Amazing.Grace.XXX.1080p.MOV-KTR[rbg] |
| 09/10/2012 | Alysa, Gina V. - Dinner for Three HD720p (reshi5531) |
| 09/10/2012 | leila.Ivy.sidebyside.wmv |
| 09/09/2012 | Sony PlayStation3 E3 Conference 480x272 HQ DVDrip for PSP AVI Player |
| 09/09/2012 | x-art_grace_samantha_sneakn_peak_720.wmv |
| 09/07/2012 | x-art_kaylee_ian_first_love_540.mov |
| 09/06/2012 | Zzaph.exe |
| 09/06/2012 | Cora_Sandel_-_Alberte_Och_Jakob-1927-9CD-Audiobook-SE-2007-LzY |
| 09/06/2012 | x-art_starting_over_jessie_1080.mp4 |
| 09/06/2012 | x-art_maya_backstage_720.mov |
| 08/24/2012 | The Human Centipede II (Full Sequence) 2011 TS XViD DTRG |
| 08/24/2012 | The Hunger Games (2012) DVDRip XviD-MAXSPEED |
| 07/31/2012 | x-art_avril_keira_come_to_my_window_1080.mov |
| 07/31/2012 | Malcolm in the middle 6x2 [DVB] [Spanish] [www.divxatope.com] |
| 07/31/2012 | x-art_silvie_transcendence_720.wmv |
| 07/27/2012 | Salmon.Fishing.In.The.Yemen.2011.BDRip.XviD-COCAIN |
| 07/27/2012 | x-art_gianna_morning_tryst_720.wmv |
| 07/18/2012 | Margaret.2011.LiMiTED.DVDRip.XviD-DEPRiVED |
| 07/18/2012 | Lust_in_Paradise_1280x720.mov |
| 07/18/2012 | x-art_grace_pure_grace_540.wmv |
| 07/18/2012 | JoyMii.12.07.13.Taylor.V.Simple.Wishes.XXX.720p.MOV-SEXORS[rbg] |

EXHIBIT C

EXHIBIT C

DC52