**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                Civil Action No. 1:13-cv-00805-ESH

JOHN DOE, subscriber assigned IP
address 68.33.19.245,

    Defendant.

                                                     /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 68.33.19.245. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 29, 2013

                                                    Respectfully submitted,

                                                    By:    /s/ *Jon A. Hoppe*
                                                  Jon A. Hoppe, Esquire
                                                  jhoppe@mhhhlawfirm.com
                                                  MADDOX, HOPPE, HOOFNAGLE &
                                                   HAFEY, L.L.C.
                                                   1401 Mercantile Lane #105
                                                   Largo, Maryland 20774
                                                   Phone: 301-341-2580
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jon A. Hoppe*_____
      Jon A. Hoppe